# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SKYE INVESTMENT FUND SPC,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED FREE INC. f/k/a SIXTH CONTINENT INC.,<br><br>   Defendant. | Case No. 1:22-cv-01362-RGA |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Skye Investment Fund SPC ("Plaintiff"), by and through undersigned counsel, files this Motion for Clerk's Entry of Default regarding Defendant United Free Inc., f/k/a Sixth Continent Inc., ("Motion"), and hereby states as follows:

1. Plaintiff filed this lawsuit on October 17, 2022. *See* D.I. 1.

2. Plaintiff served Defendant United Free Inc., f/k/a Sixth Continent Inc. ("Defendant"), a summons and copy of the Complaint on October 18, 2022 and October 19, 2022. *See* D.I. 3 and. 4.

3. Defendant's deadline for filing and serving an Answer or Motion to Dismiss was November 9, 2022.

4. Despite having been properly served with a Summons and Plaintiff's Complaint, Defendant has not filed or served an answer or motion to dismiss, nor has it filed a response of any kind to the Complaint.

5. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted.

6. Defendant is not in active military service. 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendant.

7. Defendant is in default, and the Clerk should enter their default pursuant to Rule 55(a).

Premises considered, Plaintiff respectfully requests that the Clerk enter the default of Defendant for attorney's fees and costs incurred herein; and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

Dated: November 21, 2022

GELLERT, SCALI, BUSENKELL
& BROWN, LLC

*/s/ Amy D. Brown*
Ronald S. Gellert (4259)
Amy D. Brown (4077)
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3357
Fax: (302) 425-5814
rgellert@gsbblaw.com
abrown@gsbblaw.com

*Attorneys for Plaintiff*