### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SKYE INVESTMENT FUND SPC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FREE INC. f/k/a SIXTH CONTINENT INC.,<br><br>    Defendant. | Case No. 1:22-cv-01362-RGA |

### AFFIDAVIT OF AMY D. BROWN, ESQUIRE

STATE OF DELAWARE    )
                                   )   SS:
NEW CASTLE COUNTY   )

Amy D. Brown, Esquire, being duly sworn, deposes and says:

    1.    I am a member of the Bar of the State of Delaware and member at the firm of Gellert Scali Busenkell & Brown, LLC, Counsel to Skye Investment Fund SPC (the "Plaintiff"). As counsel to the Plaintiff in the above-captioned case, I am fully familiar with the facts and circumstances recited herein, unless otherwise stated. I submit this affidavit in support of the Plaintiff's Motion for Clerk's Entry of Default against Defendant United Free Inc., f/k/a Sixth Continent Inc., (the "Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    2.    Service of the Complaint and Summons was made on Defendant by serving its registered agent on the addresses listed and described on the Affidavits of Service filed of record. *See* D.I. 3 and 4.

    3.    The time within which the Defendant may answer, move, or otherwise respond to the Complaint, including any extension thereof, has expired.

    4.    To the best of my knowledge, the Defendant is not an infant or incompetent person.

5. I am not aware of any facts indicating that the Defendant is in military service, and consequently believe that 50 U.S.C.S. Appx. § 521 is inapplicable to this case.

6. The foregoing is true and correct under penalty of perjury.

_____
Amy D. Brown (No. 4077)

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 21st DAY
OF November 2022

_____
NOTARY PUBLIC

ASHLEY PATRICIA GOLLMANN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 7, 2022