**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SKYE INVESTMENT FUND SPC,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED FREE INC. f/k/a SIXTH CONTINENT INC.,<br><br>             Defendant. | Case No. 1:22-cv-01362-RGA |

## ORDER ON MOTION FOR CLERK'S ENTRY OF DEFAULT

Upon consideration of Plaintiff Skye Investment Fund SPC's Motion for Clerk's Entry of Default (the "Motion"), any responses thereto, and sufficient cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED.

_____
United States District Judge