## CERTIFICATE OF SERVICE

I, Amy D. Brown, Esq., hereby certify that on November 21, 2022, I caused a true and correct copy of the *Motion for Clerk's Entry of Default* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter. I further certify that on November 21, 2022, I caused a true and correct copy to be served upon the parties below via first class mail

| | |
|---|---|
| United Free Inc. f/k/a Sixth Continent Inc.<br>c/o Cogency Global Inc.<br>850 New Burton Road<br>Suite 201<br>Dover, DE 19904 | United Free Inc. f/k/a Sixth Continent Inc.<br>C/o Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 |

Dated: November 21, 2022            **GELLERT SCALI BUSENKELL & BROWN LLC**

                                                                */s/ Amy D. Brown*
                                                                Amy D. Brown (No. 4077)